# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **CANDICE GUILLORY,** Plaintiff | **CIVIL ACTION 1:22-CV-05630** |
| **VERSUS** | **DISTRICT JUDGE WALTER** |
| **AMERICAN MODERN PROPERTY & CASUALTY INSURANCE CO., ET AL.,** Defendant | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is **GRANTED**, and Guillory's claims against American Modern Property and Casualty Insurance Company, American Modern Home Insurance Company, and American Modern Insurance Group, Inc., are **DENIED** and **DISMISSED WITH PREJUDICE**, pending submission of an amended complaint by Guillory naming the correct insurer and policy.

**IT IS FURTHER ORDERED** that this case shall remain open until the expiration of Plaintiff's time to amend her Complaint (see ECF No. 46).

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 23rd day of September, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE